## CRANE, ET AL. V. HALL, ET AL.

(Decided April 20th, 1910.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. ALFRED H. BENNERS.

THOMPSON & THOMPSON, and GASTON & PETTUS, for appellants:

GEORGE HUDDLESTON, for appellees.

Per curiam. Appeal dismissed on motion of appellants.